UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ADMINISTRATIVE ORDER 2018-24
CASE # 18-MC-21110

In re: GARY W. KOVACS
      Florida Bar # 973483
_____/

FILED BY __CW__
Apr 10, 2018
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIA

## ORDER OF DISBARMENT

On February 22, 2018, the Supreme Court of Florida entered an Order Granting an uncontested Petition for Disciplinary Revocation with leave to seek readmission after five years filed by Gary W. Kovacs. *See In Re: Petition for Disciplinary Revocation of Gary W. Kovacs,* No. SC17-2153, 2018 WL 1004174 (Fla. Feb. 22, 2018). Disciplinary revocation is tantamount to disbarment pursuant to Rules 3-7.12 and 3-5.1(g) of the Rules Regulating The Florida Bar. Rule 9(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, Local Rules of the United States District Court for the Southern District of Florida, provides that "[a]n attorney . . . who shall be . . . disbarred on consent . . . with the bar of any other court . . . while an investigation into allegations of misconduct is pending shall . . . cease to be permitted to practice before this Court and be stricken from the roll of attorneys admitted to practice before this Court until further order of the Court." Under these circumstances involving disbarment on consent, service of an Order to Show Cause is unnecessary and the attorney may be immediately disbarred. Pursuant to Rule 9(b) and the inherent authority of this Court to oversee officers admitted to membership in its bar, *see Chambers v. NASCO, Inc.*, 501 U.S. 32, 43 (1991) ("[A] federal court has the power to control admission to its bar and to discipline attorneys who appear before it."), it is

IT IS ORDERED that said attorney be disbarred from practice in this Court, effective

immediately. The attorney may not resume the practice of law before this Court until reinstated by order of this Court. *See* Rule 12(a). The Clerk of Court shall strike this attorney from the roll of attorneys eligible to practice in the United States District Court for the Southern District of Florida and shall also immediately revoke the attorney's CM/ECF password.

IT IS FURTHER ORDERED by this Court that said attorney advise the Clerk of Court of all pending cases before this Court in which he is counsel or co-counsel of record.

IT IS FURTHER ORDERED by this Court that the Clerk of Court attempt to serve by certified mail a copy of this Order of Disbarment upon the attorney at his court record and Florida Bar addresses.

DONE AND ORDERED in Chambers at Miami, Miami-Dade County, Florida, this __9th__ day of April, 2018.

K. MICHAEL MOORE
CHIEF UNITED STATES DISTRICT JUDGE

c:  All South Florida Eleventh Circuit Court of Appeals Judges
    All Southern District Judges
    All Southern District Bankruptcy Judges
    All Southern District Magistrate Judges
    United States Attorney
    Circuit Executive
    Federal Public Defender
    Clerks of Court – District, Bankruptcy and 11th Circuit
    Florida Bar and National Lawyer Regulatory Data Bank
    Library
    Gary W. Kovacs